Same case below, 580 F.3d 653.

**No. 09-7916. A. H., Petitioner v. Pennsylvania.**

559 U.S. 945, 130 S. Ct. 1516, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1329.

February 22, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 974 A.2d 1182.

**No. 09-7917. C. G., Petitioner v. Pennsylvania.**

559 U.S. 945, 130 S. Ct. 1516, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1239.

February 22, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 974 A.2d 1180.

**No. 09-7918. Michael Bernard Lewis, Petitioner v. California.**

559 U.S. 945, 130 S. Ct. 1516, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1316.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 46 Cal. 4th 1255, 96 Cal. Rptr. 3d 512, 210 P.3d 1119.

**No. 09-7920. Frank Bowman, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

559 U.S. 945, 130 S. Ct. 1516, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1097.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 339 Fed. Appx. 707.

**No. 09-7922. Dexter Ramone Palmer, Petitioner v. Hugh Smith, Warden.**

559 U.S. 945, 130 S. Ct. 1517, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1472,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-7924. K. E. H., Petitioner v. Pennsylvania.**

559 U.S. 945, 130 S. Ct. 1517, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1363.

February 22, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 974 A.2d 1182.

**No. 09-7928. Shannon A. Hensley, Petitioner v. Colville School District.**

559 U.S. 946, 130 S. Ct. 1517, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1256.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 3, denied.

Same case below, 148 Wash. App. 1032.

**No. 09-7931. Douglas Kelly Pye, Petitioner v. Texas.**

559 U.S. 946, 130 S. Ct. 1517, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1309.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Tenth District, denied.

**No. 09-7933. Michael Eugene James, Petitioner v. California.**

559 U.S. 946, 130 S. Ct. 1517, 176 L. Ed. 2d 124, 2010 U.S. LEXIS 1284.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.